UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD F. TURNER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JANET NAPOLITANO, Sec'y, Dept. of Homeland Security,<br><br>　　　　Defendant. | Civil Action No. 13-504 (JEB) |

## MEMORANDUM OPINION

Plaintiff Richard Turner filed a *pro se* Complaint on April 15, 2013, seeking to renounce his citizenship. See ECF No. 1 (Complaint). Defendant moved to dismiss the case on August 13. See ECF No. 10. Two days later, the Court issued an Order directing Plaintiff to respond to the Motion by September 20 or risk the Court's deeming the matter conceded. See ECF No. 11. As Plaintiff has never responded, the Court will treat the Motion as conceded and dismiss the case without prejudice. See LCvR 7(b). A contemporaneous Order will so state.

　　　　　　　　　　　　　　　　　　/s/ *James E. Boasberg*
　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　United States District Judge

Date: October 1, 2013

1